UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| MICHAEL HAMILTON | CIVIL ACTION NO. 05-1563-A |
|---|---|
| -vs- | JUDGE DRELL |
| WARDEN WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' motion for summary judgment is GRANTED in favor of Wilkinson on the issue of the failure to file a criminal complaint against Washington

IT IS FURTHER ORDERED that Defendants' motion for summary judgment is DENIED on all other issues presented in Hamilton's failure to protect claim.

IT IS FURTHERED ORDERED that the "Appeal of the Magistrate Judge's Decision Denying Default" (Doc. No. 39) is itself DENIED and DISMISSED.

SIGNED on this 8th day of June, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE