U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 0 7 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| MICHAEL HAMILTON | CIVIL DOCKET NO. 1:05-cv-01563 |
|---|---|
| -vs- | JUDGE DRELL |
| WARDEN WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## ORDER

Plaintiff's Motion for Writ of Habeas Corpus Ad Prosequendam (Doc. No. 56), previously denied as premature, is now proper and is hereby GRANTED.

SIGNED on this 7th day of July, 2009, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE