United States District Court
Western District of Louisiana

Alexandria Division

Michael Hamilton # 186945 Civil Action # 1:05-cv-156

-VS- Section -P

Warden Wilkinson Et, AL Judge Dee D. Drell

C.C.A. Correctional Corporation

of America Magistrate Judge Kirk

Employee: Lt. Braxton Lt; Carlso Williams

Capt; James Peals, Inmate Robert Washington # 12278

"Ordered"

Motion of Notice for Relief from Judgment or order Mistakes Inadvertence Excusable Neglect, Newly Discovered Evidence, fraud, etc. intend to Seek Appeal Case # 1:05-cv-1563 for failure to Protect claim.

It is Here by ordered ~~Plaintiff~~ Michael Hamilton # 186945 has shown cause for motion of Notice Intend to seek Appeal.

RECEIVED
JUL 1 [illegible] 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

Thus Signed and Done This ______ day ______ of 2010'

CV 05-1563

Judge ______

ORDER
DENIED!
ALEXANDRIA, LA, July 19, 2010
[signature]
DISTRICT JUDGE

Magistrate Judge ______

Subscribed and Sworn before me this day 13th of July 2010'

Charles Williams #35496
EX OFFICIO NOTARY
Department of Public Safety & Corrections

Charles Williams
Notary Public or Person Authorized to administer oaths